IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CRIMINAL NO. 7:12-CR-140-BO-1
CIVIL NO. 7:14-CV-240-BO

| | |
|---|---|
| DAYVON BRYAN RILEY, )<br>Petitioner, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>Respondent. ) | **ORDER** |

The motion petitioner filed to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255, received on October 17, 2014, does not substantially follow the form appended to the Rules Governing § 2255 Proceedings and is therefore not in compliance with Rule 2(c) of the Rules Governing § 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send a copy of the appropriate form to counsel for petitioner. Counsel for petitioner must complete the form in its entirety and electronically file the motion.

**Counsel for petitioner is DIRECTED to file the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

SO ORDERED.

This 24 day of October, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE