IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:12-CR-140-BO
No. 7:14-CV-240-BO

| | | |
|---|---|---|
| DAYVON BRYAN RILEY, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to 18 U.S.C. § 3006A, the Court hereby APPOINTS Raymond Tarlton as counsel for petitioner to assist him with "Point II" of his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. [DE 248, 248-1]. The Clerk is DIRECTED to serve a copy of this Order on Mr. Tarlton. Counsel for petitioner is DIRECTED to file a response with the Court within thirty (30) days of the date this Order is entered. Respondent shall be afforded time to reply in accordance with the Federal Rules of Civil Procedure.

SO ORDERED this 23 day of August, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE